**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
VERIPATH, INC., a Delaware Corporation,

                    Plaintiff,

    -against-                          19 **CIVIL** 1702 (GBD)

## JUDGMENT

DIDOMI, a Foreign entity,

                    Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 30, 2020, Defendant's motion to dismiss is granted.

**Dated:** New York, New York
          March 31, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                           **Clerk of Court**
                       **BY:**
                                                           _____
                                                           **Deputy Clerk**